TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00158-CV







Charles Ben Howell, Appellant



v.



Oscar Mauzy, et al., Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT


NO. 406,958, HONORABLE PETER M. LOWRY, JUDGE PRESIDING







PER CURIAM



 Appellees have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 60(a)(1). 

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Kidd

Dismissed on Appellees' Motion

Filed: May 22, 1996

Do Not Publish